UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

*ME2 Productions, Inc., v John and Jane Doe 1-23*

Case No.

**COMPLAINT**

**Exhibit A**:   IP addresses

| No | IP | Hit Date UTC | File Name | File Hash | ISP | City | Province |
|---|---|---|---|---|---|---|---|
| 1 | 68.106.58.82 | 2016-11-15 22:21:07 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 2 | 98.174.192.91 | 2016-11-15 15:49:27 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 3 | 70.162.16.225 | 2016-11-13 22:44:02 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Cochise County |
| 4 | 70.162.134.150 | 2016-11-13 22:06:07 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Pima County |
| 5 | 98.167.177.143 | 2016-11-13 05:46:32 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 6 | 24.251.153.120 | 2016-11-12 12:47:52 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 7 | 70.176.124.180 | 2016-11-12 06:46:28 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 8 | 68.228.225.207 | 2016-11-12 04:58:19 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Pima County |
| 9 | 98.177.167.139 | 2016-11-12 02:33:47 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 10 | 68.230.117.172 | 2016-11-11 20:05:47 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 11 | 98.191.179.148 | 2016-11-11 19:36:58 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 12 | 184.186.219.109 | 2016-11-11 05:28:44 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 13 | 68.231.170.186 | 2016-11-10 03:18:37 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 14 | 24.252.216.50 | 2016-11-09 20:27:31 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 15 | 72.223.62.195 | 2016-11-09 14:28:15 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 16 | 68.98.84.125 | 2016-11-09 05:16:49 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 17 | 98.167.154.196 | 2016-11-08 08:11:35 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 18 | 72.211.133.237 | 2016-11-08 07:09:57 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Pima County |
| 19 | 24.251.9.116 | 2016-11-08 03:07:13 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 20 | 70.176.108.104 | 2016-11-08 00:42:29 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Pima County |
| 21 | 72.201.217.250 | 2016-11-05 00:47:10 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 22 | 72.201.205.37 | 2016-11-01 03:50:44 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 23 | 68.228.232.58 | 2016-11-01 03:11:46 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

*ME2 Productions, Inc., v John and Jane Doe 1-23*

Case No.

**COMPLAINT**

**Exhibit B:** Certificate of Registration

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**PA 1-998-057**

**Effective Date of Registration:**
August 02, 2016

## Title

| | |
|---|---|
| **Title of Work:** | Mechanic: Resurrection |
| **Previous or Alternate Title:** | The Mechanic 2 aka The Mechanic II |
| **Nature of Claim:** | Original Motion Picture |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | August 25, 2016 |
| **Nation of 1st Publication:** | United States |
| **Preregistration:** | PRE000008863 |

## Author

| | |
|---|---|
| • **Author:** | ME2 Productions, Inc. |
| **Author Created:** | Entire Motion Picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | ME2 Productions, Inc. |
| | 318 N. Carson Street, #208, Carson City, NV 89701 |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Motion Picture Screenplay - PAu 3-773-822 - Registered August 6, 2014 |
| **Previously registered:** | Yes |
| **New material included in claim:** | Cinematographic material including performance, production as a motion picture, editing and all audio and visual elements including photography, dialogue, music and special effects |

## Certification

| | |
|---|---|
| **Name:** | Michael A. Hierl |
| **Date:** | August 01, 2016 |

Correspondence:   Yes

