Geoffrey S. Kercsmar (#020528)
Gregory B. Collins (#023158)
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001
(480) 421-1002 fax
gsk@kflawaz.com
gbc@kflawaz.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ME2 Productions Inc., a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Unknown Parties,<br><br>Defendants. | Case No. CV-17-01415-PHX-DLR (LEAD CASE)<br><br>Consolidated with:<br>No. CV-17-01421-PHX-JAT<br>No. CV-17-01423-PHX-ESW<br>No. CV-17-01427-PHX-DGC<br><br>**NOTICE OF DIMISSAL WITH PREJUDICE**<br><br>(*Assigned to the Hon. Douglas Rayes*) |

Plaintiff ME2 Productions, Inc. provides notice of its voluntary dismissal with prejudice under Rule 41(a) of defendants identified as Doe 4 (IP address 98.165.100.106) and Doe 12 (IP address 72.223.61.84) in original case no. 2:17-cv-01427-PHX-DGB.

RESPECTFULLY SUBMITTED this 27th of November, 2017.

KERCSMAR & FELTUS PLLC

By *s/Gregory Collins*
Geoffrey S. Kercsmar
Gregory B. Collins
7150 East Camelback Road
Scottsdale, Arizona 85251
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on November 27, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record in this matter.

*s/ Brandi Bies*