Geoffrey S. Kercsmar (#020528)
Gregory B. Collins (#023158)
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001
(480) 421-1002 fax
gsk@kflawaz.com
gbc@kflawaz.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ME2 Productions Inc., a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Unknown Parties,<br><br>Defendants. | Case No. CV-17-01415-PHX-DLR (LEAD CASE)<br><br>Consolidated with:<br>No. CV-17-01421-PHX-JAT<br>No. CV-17-01423-PHX-ESW<br>No. CV-17-01427-PHX-DGC<br><br>**NOTICE OF DIMISSAL WITHOUT PREJUDICE**<br><br>(*Assigned to the Hon. Douglas Rayes*) |

Pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. Pro., Plaintiff ME2 Productions, Inc. provides notice of its voluntary dismissal, without prejudice, of these consolidated actions.

The below listed Defendants have not answered or appeared; accordingly, dismissal pursuant to Rule 41(a) is appropriate.

**With the previously filed Notice of Dismissal with Prejudice (Doc.#20), no parties to these actions remain and these consolidated cases can be dismissed.**

//

//

| **Original Case Number** CV-17-01415-PHX-DLR | |
|---|---|
| Doe Number | IP Address |
| 1 | 68.106.58.82 |
| 2 | 98.174.192.91 |
| 3 | 70.162.16.225 |
| 4 | 70.176.134.150 |
| 5 | 98.167.177.143 |
| 6 | 24.251.153.120 |
| 7 | 70.176.124.180 |
| 8 | 68.228.225.207 |
| 9 | 98.177.167.139 |
| 10 | 68.230.117.172 |
| 11 | 98.191.179.148 |
| 12 | 184.186.219.109 |
| 14 | 24.252.216.50 |
| 15 | 72.223.62.195 |
| 16 | 68.98.84.125 |
| 17 | 98.167.154.196 |
| 18 | 72.211.133.237 |
| 19 | 24.251.9.116 |
| 20 | 70.176.108.104 |
| 21 | 72.201.217.250 |
| 22 | 72.201.205.37 |
| 23 | 68.228.232.58 |

| **Original Case Number** CV-17-01421-PHX-JAT | |
|---|---|
| Doe Number | IP Address |
| 1 | 24.251.1.73 |
| 2 | 70.184.114.220 |
| 3 | 68.226.19.214 |
| 4 | 70.190.63.168 |
| 5 | 98.177.129.188 |
| 6 | 68.231.51.145 |
| 7 | 68.225.54.46 |
| 8 | 72.201.181.241 |
| 9 | 24.255.17.83 |
| 10 | 70.176.152.254 |
| 11 | 68.109.135.82 |
| 12 | 68.230.4.39 |
| 13 | 68.3.223.39 |
| 14 | 70.176.22.86 |
| 15 | 68.98.229.11 |
| 16 | 98.177.193.140 |
| 17 | 68.2.220.4 |
| 18 | 72.208.160.78 |
| 19 | 70.176.11.24 |
| 20 | 70.190.59.64 |
| 21 | 68.3.58.230 |
| 22 | 68.105.130.150 |
| 23 | 184.183.6.66 |
| 24 | 72.221.29.63 |
| 25 | 184.176.97.147 |
| 26 | 70.176.229.15 |

Kercsmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001

| **Original Case Number** CV-17-01423-PHX-ESW | |
|---|---|
| Doe Number | IP Address |
| 1 | 72.201.39.22 |
| 2 | 68.225.217.69 |
| 3 | 98.165.61.247 |
| 4 | 68.99.217.101 |
| 5 | 72.211.175.79 |
| 6 | 184.176.113.209 |
| 7 | 68.230.29.19 |
| 8 | 70.162.64.148 |
| 9 | 72.201.98.190 |
| 10 | 68.230.13.164 |
| 11 | 68.3.195.202 |
| 12 | 72.223.67.128 |
| 13 | 68.104.211.75 |
| 14 | 68.230.2.180 |
| 15 | 24.255.51.253 |
| 16 | 68.230.78.53 |
| 17 | 68.2.153.231 |
| 18 | 72.208.12.178 |
| 19 | 184.176.157.6 |
| 20 | 68.3.149.85 |
| 21 | 68.96.50.21 |
| 22 | 68.98.87.105 |
| 23 | 70.162.41.193 |
| 24 | 68.106.48.174 |

| **Original Case Number** CV-17-01427-PHX-DGC | |
|---|---|
| Doe Number | IP Address |
| 1 | 72.208.155.105 |
| 2 | 70.190.189.159 |
| 3 | 70.166.121.234 |
| 5 | 72.201.103.216 |
| 6 | 98.191.100.243 |
| 7 | 24.251.15.153 |
| 8 | 184.182.217.163 |
| 9 | 72.222.246.112 |
| 10 | 68.106.15.225 |
| 11 | 70.162.84.132 |
| 13 | 70.190.150.128 |
| 14 | 24.251.23.132 |
| 15 | 70.190.200.68 |
| 16 | 68.231.114.83 |
| 17 | 68.2.144.88 |
| 18 | 72.208.149.78 |

RESPECTFULLY SUBMITTED this 5th of January, 2018.

KERCSMAR & FELTUS PLLC

By *s/Gregory Collins*
Geoffrey S. Kercsmar
Gregory B. Collins
7150 East Camelback Road
Scottsdale, Arizona 85251
*Attorneys for Plaintiff*

3

## **CERTIFICATE OF SERVICE**

I certify that on January 5, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record in this matter.

*s/ Brandi Bies*

Kercsmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001